# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              **ORDER**
                               Criminal File No. 09-193 (MJD/AJB)

(1) RUSSELL ADAM COLE and
(2) ABBY RAE COLE,

        Defendants.
_____

Nicole A. Engisch and William J. Otteson, Assistant United States Attorneys, Counsel for Plaintiff.

Andrew M. Luger and David J. Wallace-Jackson, Greene Espel PLLP, Counsel for Defendant Russell Adam Cole.

Andrew M. Luger and David J. Wallace-Jackson, Greene Espel PLLP, and Shelly B. Kulwin, Kulwin, Masciopinto & Kulwin, LLP, Counsel for Defendant Abby Rae Cole.
_____

This matter is before the Court on the parties motions in limine. Based on the parties' submissions and upon review of the files, record and proceedings

1

herein, **IT IS HEREBY ORDERED**:

1. Defendants' Motion in Limine No. 1 to Exclude Evidence of the Loading Dock Incident [Docket No. 119] is **GRANTED IN PART AND DENIED IN PART**, such that the Government may not introduce evidence of this incident in its case in chief.

2. Defendants' Motion in Limine No. 2 to Exclude Evidence of Prescription Drug Purchases and Use [Docket No. 121] is **GRANTED**.

3. Defendants' Motion in Limine No. 3 to Exclude Evidence of Defendants' Purportedly Extravagant Lifestyle [Docket No. 123] is **DENIED**.

4. Defendants' Motion in Limine No. 4 to Exclude Evidence of Defendant Russell Cole's Demeanor and Treatment of Employees [Docket No. 125] is **GRANTED IN PART AND DENIED IN PART**, such that the Government may not introduce evidence of this incident in its case in chief.

5. Defendants' Motion in Limine No. 5 to Exclude Evidence of Creditor Obligations [Docket No. 127] is **DENIED**

6. Defendants' Motion in Limine No. 6 to Exclude Evidence of the Football Incident [Docket No. 129] is **DENIED**.

7. Defendants' Motion in Limine No. 7 to Exclude Evidence of Pre-Program Gifts [Docket No. 131] is **DENIED**.

8. Defendants' Motion in Limine No. 8 to Exclude Evidence of Prior Business Practices [Docket No. 133] is **DENIED**.

9. Defendants' Motion in Limine No. 9 to Exclude Evidence of the Merchandise Incident [Docket No. 135] is **RESERVED**.

10. Defendants' Motion in Limine No. 10 to Exclude the Core Receivable Incident [137] is **DENIED** because proof of this event not specified as an overt act in the conspiracy count is not a constructive amendment of the indictment.

11. Defendants' Motion in Limine No. 11 to Exclude Unfairly Prejudicial Statements of Witness Michael A. Hartman, C.P.A. [138] is **DENIED**.

12. Defendants' Motion in Limine No. 12 to Exclude Unfairly Prejudicial Statements of Janyce Barkan [140] is **DENIED**.

13. Defendants' Motion in Limine No. 13 to Exclude Unfairly Prejudicial Statements of Stephen Kozer [158] is **RESERVED**.

14. Defendants' Motion in Limine No. 14 to Exclude Proposed Government Exhibit 147 [174] is **GRANTED IN PART AND DENIED IN PART**, such that the e-mail will be admissible with the first two full paragraphs redacted.

15. The Government's Motion in Limine to Preclude Impeachment Through Specific Instances of Prior Acts [149] is **DENIED** as premature. The Court presumes that the parties understand and will follow the Federal Rules of Evidence.

16. The Government's Motion in Limine to Preclude a Defendant from Offering Evidence of "Good Character" Other than Through Opinion or Reputation [150] is **DENIED** as premature. The Court presumes that the parties understand and will follow the Federal Rules of Evidence.

17. The Government's Motion in Limine to Preclude Defendants' Proposed Hearsay Exhibits [153] is **RESERVED**.

18. Defendants' letter request for redaction of undercover tape recordings, set forth in Defendants' letter to the Court dated April 13, 2010, is **DENIED**.

Dated: April 15, 2010       s/ Michael J. Davis
                            Michael J. Davis
                            Chief Judge
                            United States District Court