# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.                          **ORDER**
                          Criminal File No. 09-193 (MJD/AJB)

(1) RUSSELL ADAM COLE and
(2) ABBY RAE COLE,

        Defendants.

_____

Based on the parties' submissions and upon review of the files, record, oral arguments, and proceedings herein, **IT IS HEREBY ORDERED**:

1. Defendants' joint objection to Government exhibits 515, 521, 523, 576-582, and 585-590 and expert testimony related to these exhibits is **DENIED**.

2. Defendants' joint motion for a mistrial as to Defendant Abby Rae Cole is **DENIED.**

Dated: May 24, 2010                      s/ Michael J. Davis
                                          Michael J. Davis
                                          Chief Judge
                                          United States District Court