UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 09-193 (MJD/AJB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | AMENDED |
| v. | ) | FINAL ORDER OF |
| | ) | FORFEITURE |
| (1) RUSSELL ADAM COLE, and | ) | |
| (2) ABBY RAE COLE, | ) | |
| | ) | |
| Defendants. | ) | |

WHEREAS, on December 21, 2010, this Court entered a Preliminary Order of Forfeiture entering a personal money judgment forfeiture against the defendants in the amount of $32,886.849.12, and forfeiting certain designated property to the United States pursuant to 18 U.S.C. § 981(a)(1)(c), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c);

WHEREAS, the United States published notice of the Court's Preliminary Order of Forfeiture on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 23, 2011, as required by Fed. R. Crim. P. 32.2(b)(6).  The notice of forfeiture advised all unknown interested third parties of their right to petition the court within sixty (60) days of the first date of publication for a hearing to adjudicate the validity of their alleged legal interest in the above-described property;

WHEREAS, the United States has provided direct notice of forfeiture to those parties known to the government who may have an interest in the property identified in the Preliminary Order of Forfeiture;

WHEREAS, the United States has entered into a Stipulated Expedited Settlement Agreement with Premier Building Contractors, Inc.; and

WHEREAS, the United States had entered into a Stipulation For Payment of Real Estate Taxes with Lake County, Illinois;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The motion of the United States for a final order of forfeiture is **GRANTED**;

2. All right, title and interest in the following property is hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 981(a)(1)©), 21 U.S.C. § 853(p) and  28 U.S.C. § 2461©):

    a. Any and all funds seized from TD Ameritrade Account No. 909-313-120, FKA 509-31312, including seized funds in the approximate amount of $4,745,409.84, and including all funds from the sale of Nuveen stock in the approximate amount of $526,619.40;

b.  Any and all funds seized from LaSalle Bank Certificate of Deposit No. 480705549-8, in the approximate amount of $2,000,883.29;

c.  Any and all funds seized from TD Ameritrade Account No. 882-302-737, FKA 363-29005, in the approximate amount of $1,799,969.66;

d.  Any and all funds seized from TD Ameritrade Account No. 901-021342 in the approximate amount of $145,779.27;

e.  Any and all funds contained in Iron Absolute Return Onshore Feeder Fund For The Benefit of Russell and Abby Cole, including funds in the approximate amount of $402,386 seized to date, and all remaining funds to be distributed from the account until the account is fully liquidated;

f.  The real property and premises located at 216 Kenmore Avenue, Deerfield, Illinois, with all appurtenances, improvements, and attachments thereon, and legally described as follows:

LOT 124 (EXCEPT THE SOUTH 75 FEET OF THE
EAST 144 FEET) IN THE SUBDIVISION OF J.S.
HOVLAND'S FIRST ADDITION TO DEERFIELD, A
SUBDIVISION OF THE SOUTHWEST 1/4 (EXCEPT
THE NORTHWEST 1/4 OF THE NORTHWEST 1/4
THEREOF) OF SECTION 32, TOWNSHIP 43 NORTH,

       RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, AS SHOWN ON THE PLAT OF SAID SUBDIVISION, RECORDED NOVEMBER 7, 1924, AS DOCUMENT 248380, IN BOOK "N" OF PLATS, PAGE 56, IN LAKE COUNTY, ILLINOIS.

       AND

       THE SOUTH 75 FEET OF THE EAST 144.0 FEET OF LOT 124 IN THE SUBDIVISION OF J.S. HOVLAND'S FIRST ADDITION TO DEERFIELD, BEING A SUBDIVISION OF THE SOUTH WEST QUARTER (EXCEPT THE NORTH WEST QUARTER OF THE NORTHWEST QUARTER THEREOF,) OF SECTION 32, TOWNSHIP 43 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF, RECORDED AS DOCUMENT NUMBER 248380 IN BOOK "N" OF PLATS, ON PAGE 56, IN DEERFIELD, LAKE COUNTY, ILLINOIS (Parcel I.D. Numbers 16-32-307-013 and 16-32-307-014); and

g.  The real property and premises located at 950 Bristol Drive, Deerfield, Illinois, with all appurtenances, improvements, and attachments thereon, and legally described as follows:

       LOT 15 IN BRISTOL PLACE RESUBDIVISION, BEING A RESUBDIVISION OF PART OF THE SOUTHEAST QUARTER OF SECTION 32, TOWNSHIP 43 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED APRIL 7,1992, AS DOCUMENT NUMBER 3139589, AND CORRECTED BY CERTIFICATE OF CORRECTION RECORDED JUNE 11, 1992, AS DOCUMENT 3170498, IN LAKE COUNTY, ILLINOIS.
(Tax Parcel I.D. Number: 16-32-411-106).

3. Forfeiture of the real property located at 216 Kenmore Drive, Deerfield, Illinois, and the real property located at 950 Bristol Drive, Deerfield, Illinois, is subject to the terms of the Stipulated Expedited Settlement Agreement between the United States and Premier Building Contractors, Inc., and to the terms of the Stipulation For Payment Of Real Estate Taxes between the United States and Lake County, Illinois;

4. The above-described property shall be disposed of by the United States in accordance with law.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   June 20, 2011          s/ Michael J. Davis
                                MICHAEL J. DAVIS, Chief Judge
                                United States District Court